C. Moze Cowper (Bar No. 326614)
Paige Miller (Bar No. 361477)
**COWPER LAW LLP**
12301 Wilshire Boulevard, Suite 303
Los Angeles, California 90025
Tel.: (877) 529-3707
mcowper@cowperlaw.com
pmiller@cowperlaw.com

Adam J. Levitt (*Pro Hac Vice* to be filed)
**DICELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com

*Counsel for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY GRISOLI, individually and on behalf of all others similarly situated, | CASE NO. |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| v. | |
| DEXCOM, INC. and DOES 1-10, inclusive, | DEMAND FOR JURY TRIAL |
| Defendants. | |

Plaintiff Kelly Grisoli, individually and on behalf of all others similarly situated, brings this Class Action Complaint ("Complaint") against Dexcom, Inc. ("Dexcom") and Does 1-10 (collectively "Defendants"). Plaintiff makes the following allegations upon personal knowledge as to her own acts, and as to all other matters upon information and belief, based upon the investigation made by the undersigned attorneys, as follows.

## INTRODUCTION

1. This is a nationwide consumer class action arising from Dexcom's manufacture, marketing, and sale of its Dexcom G7 Continuous Glucose Monitoring System (the "G7 System" or "G7 CGM"), a medical device marketed as a safe, accurate, and reliable glucose monitoring product for individuals managing diabetes.

2. Dexcom's representations were false, misleading, and deceptive to consumers. Despite marketing the G7 CGM as a superior, FDA-cleared medical device that would "continuously and accurately track glucose levels," Dexcom sold and distributed G7 CGMs that were defective, prone to dangerous alert failures, and subject to recall by the United States Food and Drug Administration ("FDA"). The G7 CGM places users at risk of severe hypoglycemia, hyperglycemia, seizure, coma, or death due to design and software defects that cause inaccurate blood glucose readings and suppressed, delayed, or failed alerts. The G7 CGM also fails to last the intended 10-day wear period as advertised.

3. On June 16, 2025, and again on September 4, 2025, the FDA announced nationwide Class I recalls, its most serious classification, for components of the G7 CGM due to safety issues that caused failures or delays in providing critical low- or high-glucose alerts. *See* Exhibit A, FDA Recall No. 213508; Exhibit B, FDA Recall No. 215006.

4.    Dexcom acknowledged that the G7 CGM's software design could cause a "loss of audible alert functionality" or delay in alarms, meaning users would not be warned of dangerous blood-glucose levels in real time.[1]

5.    Despite knowledge of the G7 CGM defects, Dexcom continued to market and sell the G7 CGM to consumers, touting its reliability and safety while minimizing and/or concealing the risks. Consumers, including Plaintiff and Class Members, paid a substantial premium for the G7 CGM based on these misrepresentations and omissions, only to receive a product that failed to perform as promised, was subject to government recall, and posed a serious safety risk.

6.    Dexcom's conduct violates multiple consumer protection and warranty statutes, including the California Consumers Legal Remedies Act ("CLRA"), Unfair Competition Law ("UCL"), and False Advertising Law ("FAL"), as well as express and implied warranty provisions under state and federal law, including the Song–Beverly Consumer Warranty Act and Magnuson-Moss Warranty Act, and other common law claims.

7.    Each purchaser of the G7 CGM unwittingly paid for a device with undisclosed and significant safety risks. Each of these purchasers was damaged in that they paid more for their devices than they would have paid had they known about the safety, reliability, and accuracy issues with G7 CGMs, or in that they would not have purchased their G7 CGMs at all had they been informed of its safety risks, reliability, and accuracy.

8.    Plaintiff seeks damages, restitution, and other remedies on behalf of herself and the Class.

---

[1] https://dexcompdf.s3.us-west-2.amazonaws.com/Urgent-Medical-Device-Correction-Notification_US.pdf

**JURISDICTION AND VENUE**

9.      This Court has subject-matter jurisdiction under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d), because this is a class action in which the aggregate amount in controversy exceeds $5,000,000, exclusive of interest and costs, there are more than 100 class members, and at least one class member is a citizen of a state different from Defendant's.

10.      Personal jurisdiction is proper because Dexcom transacts business, advertises, and engages in conduct within the State of California and this District, and because the claims arise out of such conduct.

11.      This Court has personal jurisdiction over Defendant Dexcom, Inc. because Dexcom transacts business, advertises, and engages in conduct within the State of California and this District, and because the claims arise out of such conduct. As such, Dexcom has purposefully availed itself of the privilege of doing business within California, including by marketing and selling the G7 CGM, and exercising jurisdiction over Dexcom does not offend traditional notions of fair play and substantial justice.

12.      Venue is proper in this district under 28 U.S.C. § 1391 because a substantial part of the events and omissions giving rise to Plaintiff's claims occurred within this district and because Dexcom is subject to personal jurisdiction within this district.

13.      A venue affidavit pursuant to California Civil Code § 1780(d) is attached hereto.

**THE PARTIES**

**Plaintiff Kelly Grisoli**

14.      Plaintiff Kelly Grisoli ("Plaintiff" or "Plaintiff Grisoli") is an individual, a citizen of the State of California, and a resident of Orange County,

CLASS ACTION COMPLAINT

California, who purchased the G7 CGM in Orange County, California in early 2024 for personal and medical use for her minor child, L.G., a Type 1 diabetic.

15.     Prior to purchasing the G7 CGM for her son, Plaintiff reviewed Dexcom's marketing materials, including online advertisements, product videos, and statements on Dexcom's website, which represented that the G7 CGM was the most accurate continuous glucose monitor available, required no fingersticks, provided reliable real-time alerts, and offered improved safety and convenience over prior models, including by having a 10-day wear period. In addition, Dexcom sales representatives promised Plaintiff Grisoli significant improvements in performance and safety for the G7 CGM compared to other models.

16.     Relying on these representations and warranties, Plaintiff purchased the G7 CGM for her son. The device did not perform as advertised or warranted, as Plaintiff repeatedly experienced failed alerts and dangerously inaccurate glucose readings when compared to actual fingerstick measurements, which were required due to the inaccuracies and unreliability of the G7 CGM.

17.     In addition, the G7 Sensors never lasted the intended ten-day wear period as advertised and warranted, sometimes failing after only two days, requiring her to purchase frequent replacements. At one point, Dexcom threatened not to replace the G7 Sensors for Plaintiff Grisoli, claiming she had requested too many within a single month.

18.     Plaintiff Grisoli relied on Dexcom's representations in purchasing and using the G7 CGM for L.G. She would not have purchased or continued to use the product had Dexcom disclosed its defects, inaccuracy, or the risk of critical alert failures, including those later confirmed by the FDA's Class I recall.

**Defendants**

19.     Defendant Dexcom, Inc. is a Delaware corporation with its principal place of business in San Diego, California.

20.    At all relevant times, Dexcom engaged in substantial business throughout the United States and within this District.

21.    At all relevant times, Dexcom was engaged in the business of designing, manufacturing, developing, preparing, processing, inspecting, testing, packaging, promoting, marketing, distributing, labeling, or selling for profit, either directly or indirectly, through an agent, affiliate, predecessor, or subsidiary, the G7 CGM.

22.    Plaintiff is unaware of the true names of Defendants DOEs 1 through 100. Plaintiff sues said Defendants by said fictitious names and will amend this Complaint when the true names and capacities are ascertained or when such facts pertaining to liability are ascertained, or as permitted by law or by the Court. Plaintiff is informed and believes that each of the fictitiously named Defendants is in some manner responsible for the events and allegations set forth in this Complaint.

23.    Plaintiff is informed, believes, and based thereon alleges that at all relevant times, each Defendant was a developer, designer, manufacturer, distributor and seller of G7 CGMs, was the principal, agent, partner, joint venturer, officer, director, controlling shareholder, subsidiary, affiliate, parent corporation, successor in interest and/or predecessor in interest of some or all of the other Defendants, and was engaged with some or all of the other Defendants in a joint enterprise for profit, and bore such other relationships to some or all of the other Defendants so as to be liable for their conduct with respect to the matters alleged in this complaint. Plaintiff is further informed and believes and, based thereon, alleges that each Defendant acted pursuant to and within the scope of the relationships alleged above, and that at all relevant times, each Defendant knew or should have known, authorized, ratified, adopted, approved, controlled, aided, and abetted the conduct of all other Defendants.

CLASS ACTION COMPLAINT

# **FACTUAL ALLEGATIONS**

24.     In order to effectively manage and/or control Type 1 and Type 2 diabetes, both types of diabetics must closely monitor and manage their blood glucose levels through exercise, diet, and medications, and many must also supply their bodies with appropriate amounts of insulin based on daily routines. In particular, many diabetics rely on blood glucose monitoring systems ("CGMs") to continuously monitor their blood glucose levels and help manage and/or control diabetes.

25.     Plaintiff and Class Members, like all diabetic patients who use CGMs, depend on extremely precise and accurate systems to ensure accurate blood glucose readings to calculate appropriate insulin delivery amounts.

26.     Plaintiff and Class Members, all Type 1 or Type 2 diabetics or guardians/personal representatives thereof, purchased the G7 CGM to help manage their diabetes, or the diabetes of someone to whom they are a guardian/personal representative.

**A. G7 CGM Background**

27.     The G7 CGM is a Class II medical device that was first cleared by the United States Food and Drug Administration ("FDA") on or around December 7, 2022 for all types of diabetes in people aged two years and older, pursuant to Section 510(k) of the Food, Drug, and Cosmetic Act ("510(k)") as 510(k) number K213919.

28.     The predicate device for the G7 CGM was the Dexcom G6 Glucose Monitoring System, 510(k) number K201328.

29.     The G7 System is an interoperable CGM intended to continuously measure the glucose in the interstitial fluid, calculate the glucose reading, and make this value available to the user. It has three components: 1) the G7 Glucose Sensing

Subsystem ("G7 Sensor"), 2) the Mobile Applications Subsystem ("G7 App"), and 3) the G7 Receiver Subsystem ("G7 Receiver").



30.    The G7 CGM is intended to replace fingerstick testing of blood glucose for diabetic treatment, including by detecting hypoglycemic and hyperglycemic episodes and facilitating insulin therapy treatments. It is also intended to autonomously communicate with digitally connected devices. [2]

31.    The G7 Sensor is comprised of the sensor applicator and on-body wearable, which includes a Bluetooth Low Energy (BLE) molded transmitter, adhesive patch, and sensor. The sensor is a small and flexible wire, which is inserted by the applicator into the subcutaneous tissue.

32.    The G7 Sensor has an expected wear period of up to 10 days with an extended 12-hour grace period after the sensor session.

33.    The G7 Sensor's wire converts glucose into an electrical current, and the transmitter samples that current. The transmitter's onboard algorithm converts these measurements into estimated glucose values and calculates the glucose rates of change, which are sent to the G7 App and/or the G7 Receiver every five minutes.

---

[2] https://www.accessdata.fda.gov/cdrh_docs/reviews/K213919.pdf

CLASS ACTION COMPLAINT

34.     The G7 CGM is also designed to communicate estimated glucose values, trend, and system information to other compatible electronic interfaces. These data can also be reliably and securely transmitted to other connected devices, including automated insulin dosing systems, for diabetes management.

**B. Dexcom's Advertising of the G7 CGM**

35.     The G7 CGM's advertised purpose is to provide accurate, real-time glucose readings with alerts and alarms for hypoglycemia and hyperglycemia, via either the Dexcom Receiver or the G7 Apps on a compatible smartphone or smartwatch, and was advertised as a replacement for fingerstick blood glucose testing for diabetes treatment decisions.



36.     Dexcom advertised the G7 CGM as:

- requiring "no fingersticks;"

- the "most accurate CGM cleared by the FDA;"

- providing "simple alerts to keep you safe," including alerts before "you go too low or when you're high;"

- allowing customers to "make better decisions about food, activity, and medication in the moment;" and

- the "only CGM to offer a predictive low alert that can recognize potentially dangerous hypo-incidences before they occur." [3]

37.    Dexcom's advertisements, packaging, and website also claimed the G7 CGM "delivers peace of mind with timely alerts" and "helps prevent dangerous highs and lows." Dexcom further represented that the G7 CGM was "FDA-cleared," "clinically proven to be accurate," and provided "seamless connectivity" for critical alerts.



**Simple alerts**

Alerts warn you before you go too low or when you're high, so you can make more informed glucose decisions.

38.    Reasonable consumers, especially people with insulin-treated diabetes, depend on accurate sensor readings and audible, vibration, and visual alerts to prevent severe hypoglycemia or hyperglycemia.

---

[3] *See* https://www.ispot.tv/ad/1oJm/dexcom-g7-single-most-important-thing-you-can-do-no-fingersticks#:~:text=Users%20praise%20the%20Dexcom%20G7,activity%20will%20impact%20their%20numbers; https://adage.com/video/dexcom-g7-feels-like-magic/; https://investors.dexcom.com/news/news-details/2022/Dexcom-G7-Receives-FDA-Clearance-The-Most-Accurate-Continuous-Glucose-Monitoring-System-Cleared-in-the-U.S/default.aspx

CLASS ACTION COMPLAINT

39.     Plaintiff and Class Members relied on these statements in deciding to purchase and use the G7 CGM. Defendants' marketing omitted material facts about the G7 CGM's design, manufacturing, and software defects that caused system alerts to fail or delay, and glucose readings to be inaccurate.

**C. Unauthorized Design Change**

40.     In or about December 2023, Dexcom implemented a change to a critical sensor membrane coating used in the G7 CGM, substituting a new proprietary coating that internal testing showed performed worse across all measured accuracy metrics.

41.     Dexcom made this design change without submitting a new 510(k) notification to the FDA, despite regulations requiring clearance for material modifications to core device components affecting performance or safety.

42.     This undisclosed alteration degraded accuracy and reliability, increasing the risk that users would receive false high or false low glucose readings, or no readings at all.

43.     For example, after the sensor material change, Dexcom experienced a sharp rise in accuracy-related complaints reported to the FDA's MAUDE database.

44.     Data compiled through late 2024 show that, relative to its market share, Dexcom's G7 CGM generated approximately 22% more accuracy-related complaints than anticipated, while its competitor, Abbott, logged 68% fewer complaints, adjusted for market share.

45.     The sharp rise in G7 CGM complaints indicates a systemic degradation in accuracy tied to Dexcom's unauthorized material change.

46.     Despite the rise in complaints and internal knowledge that the unauthorized material change and alert failures compromised safety, accuracy, and reliability, Dexcom continued to market the G7 CGM aggressively as "the most accurate" and "best-in-class" CGM. These misrepresentations and omissions were

material to consumers' purchasing decisions and caused Plaintiff and Class Members to pay a price premium for a product that did not perform as represented.

**D. G7 CGM Complaints**

47.     Even before the unauthorized design change, Defendants regularly and consistently received complaints involving the G7 CGM, mostly concerning the inaccurate and unreliable G7 Sensors. Such complaints put Defendants on notice as to the problems with the G7 CGM as early as 2023.

48.     Numerous users have reported dangerous incidents stemming from G7 CGM malfunctions, including loss of consciousness, hospitalizations, and near-fatal hypoglycemic episodes. In several cases, users experienced silent failures of the app or receiver immediately preceding these events. In at least one documented instance, a user died after relying on G7 CGM data showing normal glucose while the sensor had actually failed. [4]

49.     In addition, some users report that the G7 Sensors consistently fail before the intended 10-day wear span. Such premature failure forces users to request replacements, which are sometimes delayed.[5]

50.     For example, Defendants received the following Medical Device Reports from patients and healthcare professionals. On or about June 20, 2023:

**DEXCOM, INC. DEXCOM G7 SENSORS; SENSOR, GLUCOSE, INVASIVE**                     Back to Search Results

**Model Number** G7
**Device Problems** Defective Alarm (1014); Product Quality Problem (1506); Device Sensing Problem (2917); Wireless Communication Problem (3283)
**Patient Problem** Hypoglycemia (1912)
**Event Date** 06/20/2023
**Event Type** Injury
**Event Description**
Dexcom g7 3 out of 6 sensors failed within 2 hours, the other 3 sensors lost connection to the reader for hours at a time and then filled in the missing information when they regained connection since the information is used for treatment information.I am not able to trust the information to determine how much insulin to take.This is a failure of the purpose of the medical device so it is not usable.Medicare pays quite a bit for these sensors and is being ripped off.The device did not alarm for a low blood sugar and that could allow me to go into a coma or to die.This failure is dangerous.Reference reports: #mw5118742, #mw5118743, #mw5118744, #mw5118745, #mw5118746, #mw5118747.

**Search Alerts/Recalls**

51.     On or about August 17, 2023:

---

[4] https://hntrbrk.com/dexcom/

[5] https://hntrbrk.com/dexcom/

CLASS ACTION COMPLAINT

**DEXCOM, INC. DEXCOM G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**          Back to Search Results

**Model Number** G7
**Patient Problem** No Clinical Signs, Symptoms or Conditions (4582)
**Event Date** 08/17/2023
**Event Type** Injury
**Event Description**
I am a current user of dexcom g7.I have had repeated sensor failures.There have been times when i go to insert my next sensor and the needle has separated into two parts.The sensors will stop reading for up to three hours sometimes.I have had countless replacements.

**Search Alerts/Recalls**

52.     On or about September 23, 2023:

**DEXCOM, INC. DEXCOM G7 SENSOR; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**          Back to Search Results

**Model Number** G7
**Patient Problem** Insufficient Information (4580)
**Event Date** 09/23/2023
**Event Type** malfunction
**Event Description**
I use a dexcom g7 continuous glucose monitoring sensor and a dexcom receiver.I have experienced over the last 3-4 months that the majority (80%) of my dexcom g7 sensors either fail to transmit data to the receiver or my iphone (sensor loss) or sensor failed status.Of the last uncensored that i have received from my pharmacy or directly from dexcom as replacements for the failed sensors these sensors also fail.Other times the sensor says that my blood glucose level is 370 and when i do a finger stick my actual reading is 193.Other times when a get an urgent blood glucose low level alert my actual blood glucose level is perfectly normal.

**Search Alerts/Recalls**

53.     On or about October 4, 2023:

**DEXCOM, INC. G7 CONTINUOUS GLUCOSE MONITOR; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**          Back to Search Results

**Model Number** G7
**Patient Problem** Insufficient Information (4580)
**Event Date** 10/04/2023
**Event Type** malfunction
**Event Description**
My dexcom 7 continuous glucose monitoring continuously reports very inaccurate blood glucose values.The device says my glucose is very high, when it is within acceptable range as verified by a blood glucose meter.Conversely, the g7cgm will report an extremely low reading when (again) the blood meter shows that my readings are within an acceptable range.The cgm sensor reader is constantly disconnecting from the sensor, even when the reader is within 3 feet of the sensor.I am on the third sensor, and each one fails in the same fashion; frequent disconnections, and inaccurate readings after multiple calibration samples.The test results above are from my blood glucose meter.The other test results are what the g7 shows for glucose at a time within 30 seconds from the blood glucose reading.Reference reports: mw5146833, mw5146834.

**Search Alerts/Recalls**

54.     On or about October 18, 2023:

**DEXCOM, INC. DEXCOM G7 CGM SYSTEM; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**          Back to Search Results

**Model Number** G7
**Patient Problems** Anxiety (2328); Sleep Dysfunction (2517)
**Event Date** 10/18/2023
**Event Type** Injury
**Event Description**
Reporter called stating that the dexcom g7 continuous glucose monitoring device has been reading his wife's blood glucose levels incorrectly since obtaining it (approximately 3-4 weeks ago).On multiple occasions, the device is giving readings that are 30 to 60 points too high or too low.The device awakens her (alarm) due to the false readings causing her anxiety and loss of sleep (she has dementia).She has been hospitalized several times since starting to use the device resulting in approximately (b)(4).In medical bills (hospitalization, ambulance, etc.) based on false readings that the device is providing hence, unnecessary treatment.Reporter has contacted the manufacturer about this problem but he states that all they do is send a replacement which does the same thing all over again.Reporter states that prior to using the dexcom g7, his wife was using the freestyle libre which worked much more accurately and with minimal problems.

**Search Alerts/Recalls**

CLASS ACTION COMPLAINT

55. On or about December 30, 2023:

**DEXCOM, INC. DEXCOM G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** Sleep Dysfunction (2517)
**Event Date** 12/30/2023
**Event Type** malfunction
**Event Description**
Patient is pregnant with gestational diabetes.Dexcom g7 cgm provided incorrect blood sugar data resulting in alarms for low blood sugar which kept the pregnant person awake.Alarms stopped at (b)(6) 2023 at 12:31 am.Today (b)(6) 2024 6:44am pst, device quit working -- 4 days before it was supposed to.The response from dexcom has been inadequate and prior sensors starting (b)(6) 2023 have been rife with quality issues related to accuracy.We have reached out to dexcom and have found their response to be lacking.This is life or death for diabetic patients and people with gestational diabetes and needs full regulatory attention.Photos show the device serial and the fact that it's now offline with 4 days left.

Search Alerts/Recalls

56. On or about January 18, 2024:

**DEXCOM, INC. G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** Hypoglycemia (1912)
**Event Date** 01/18/2024
**Event Type** Injury
**Event Description**
I have had only a 50 percent success rate with my dexcom g7 sensors.They fail to attach, fail prematurely, and fail to give accurate readings.Most recently i experienced a low blood sugar event while in a vehicle with no immediate access to glucose when the cgm said my sugars were fine.It then later showed my blood sugar crashing so low the meter only showed "low" with no number after i dealt with the low sugar event.It constantly fails to report readings sometimes saying to wait hours for it to reconnect.Diabetics do not have hours to wait.The device fails to fulfill its function.In addition, dexcom can't help.Their support form uses such an outdated address database it doesn't recognize my home address and refuses to provide access to support without it.The devices are dangerous in that it is a medical device providing inaccurate and misleading health data that can lead to permanent damage or even death.The fact the company blocks support behind address validation is insane.I put in a random address that exists to attempt to get support but all they did was ship a replacement sensor to that address without even contacting me personally about the issues.A faulty medical device with no support has no place in society.This device is just plain dangerous.My experiences are not alone.I have found a number of online complaints of the exact same issues.Failure of sensor to start, to attach, premature device failure, inaccurate readings.Diabetics cannot afford to be misinformed about the glucose levels.No information is better than bad information.Misinformation can lead to death.At the time of writing this the device is stating my blood sugar is low, which is not accurate.

Search Alerts/Recalls

57. On or about January 11, 2024:

**DEXCOM, INC. DEXCOM; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problems** Hyperglycemia (1905); Diabetic Ketoacidosis (2364)
**Event Date** 01/11/2024
**Event Type** Injury
**Event Description**
This has happened on multiple occasions.We switched our type 1 diabetic son (7yo) from the dexcom g6 to the dexcom g7.We have had nothing but issues.The biggest concern and most terrifying is how inaccurate the cgm readings are compared to finger sticks.His cgm was reading 43 at school, i arrive and did finger sticks; his glucose was 358!!!.I took multiple readings to make sure that was correct, and it was.What if these numbers had been reversed? what if cgm read 358, he was really 43 and his pump dumped insulin to correct the "false" high? this is dangerous! he could have died in that scenario!!! i replaced this sensor immediately after giving manual injection to correct the high glucose.This past friday ((b)(6) 2024), cgm said 135 (and that he'd be in range all day which is highly unlikely for a 7yo t1) and finger stick was 429.He had produced ketones as a result of not receiving enough insulin from his pump since the cgm was "in range" for a minimum of 8hrs.This should not be happening.Not every type 1 diabetic can feel if they are high or low.What if he was sleeping? as a parent, we rely on technology like this to be more accurate especially since dexcom prides itself on "no finger pricks" with the g7.Of course we can not rely on technology 24/7.I always check accuracy 12hrs after inserting a new cgm.I also always finger poke if he shows symptoms (excessive thirst from high glucose or saying he's hungry from low glucose).

Search Alerts/Recalls

58. On or about February 1, 2024:

**DEXCOM, INC. G7 CONTINUOUS GLUCOSE MONITOR; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** Insufficient Information (4580)
**Event Date** 02/01/2024
**Event Type** Injury
**Event Description**
Hello, i am a type 1 diabetic and use the dexcom g7 continuous glucose monitor (cgm) to manage my blood glucose levels and to get warnings if my glucose is going dangerously low or high.The new dexcom g7 series cgm has proven to be inaccurate and has consistent error codes and failures.Each g7 is to be worn for 10 days and majority of the time fails, gives wildly inaccurate bg readings and stops monitoring my blood glucose around day 6 or 7 for no other reason than "system failure".After months of trying the g7 and hearing from other diabetics, it is obvious this product was not ready or reliable enough to be launched and dexcom rushed the upgrade from g6 to g7.The price of these cgms continue to rise and are being rushed to market before they are ready to use, making one of the only cgms on the market inaccurate and dangerous.I've been a diabetic for 32 years and have used the dexcom cgms for a decade.This is by far their most inaccurate and dangerous continuous glucose monitor they have produced.In my own experience the product fails about 40% of the time and does not report my glucose then crashes.I have reported the problem to dexcom and have for months but they don't have any new answers.They are obviously aware of the issue and have even edited their app and website to make contacting customer service and to get a replacement device more difficult because they are having so many calls from customers experiencing the same g7 "system failure".Please look into why this product fails at such a higher rate than the previous ones and if this was evident before launching the new g7 to the public.Also, when i say inaccurate blood glucose reading, my dexcom bg readings can be at least 100 point off from the bg reading on my finger stick meter which is considered the more accurate standard reading.This can result in deadly insulin dosages.

**Search Alerts/Recalls**

59.    On or about March 11, 2024:

**DEXCOM, INC. DEXCOM G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** No Clinical Signs, Symptoms or Conditions (4582)
**Event Date** 03/11/2024
**Event Type** malfunction
**Event Description**
We have experienced, consistent problems with the new dexcom cgm model g7.We get false alarms readings, that don't comport with bgm testing.And units that fall off.The g6 model works well, but the g7 model is very problematic.

**Search Alerts/Recalls**

60.    On or about March 13, 2024:

**DEXCOM, INC. DEXCOM G7 CONTINUOUS GLUCOSE MONITOR; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** No Clinical Signs, Symptoms or Conditions (4582)
**Event Date** 03/13/2024
**Event Type** Injury
**Event Description**
Reporter called with complaint that the dexcom g7 blood glucose monitoring system that is used to monitor her 10-year-old son's blood glucose has been having frequent outages with no readings, no output and consistent malfunctions/failures in the past 3 weeks.This is a life-threatening situation for a 10-year-old child who is dependent on this device.The unpredictability of the device is dangerous and causes increased anxiety for parents and caretakers.Reporter stated she has been waiting eight days (placed a ticket with dexcom engineering) for a call back and has heard nothing from dexcom since.Reporter said that she has over 60 screenshots of device malfunctions and failures and she would like to share them with the fda.

**Search Alerts/Recalls**

61.    On or about June 18, 2024:

CLASS ACTION COMPLAINT

**DEXCOM, INC. DEXCOM G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** Hemorrhage/Bleeding (1888)
**Event Date** 06/18/2024
**Event Type** Injury
**Event Description**
Total of 2 dexcom g7 sensors failed, one causing serious bleeding.Dexcom support refusing to acknowledge there was an issue with the product and will not replace devices.Submitted dexcom support tickets on 6/18/2024 and spoke to a representative stating no replacements would be mailed 6/25.Ref report: mw5156744.

**Search Alerts/Recalls**

62.    On or about June 21, 2024:

**DEXCOM, INC. DEXCOM G7 CGM; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** Hyperglycemia (1905)
**Event Date** 06/21/2024
**Event Type** Injury
**Event Description**
I am experiencing a greater than 50% failure rate on my dexcom g7 sensors.I have been using the g7 for about one month.The last 3 sensors have failed.The last 2 never gave accurate readings from the point they were inserted.Since these sensors work with my tandem x2 insulin pump's control iq software to automatically adjust insulin, the failure has caused high blood glucose levels.This morning i woke up with a cgm reading in the 120's mg/dl when i checked against my blood glucose meter it was reading over 220mg/dl.After 6 calibrations throughout the day it still was not within 20 mg/dl at any point.Most readings where well over 50mg/dl off.I replaced the sensor only to experience the same lack of accuracy after the warmup period.I did not have many of these issues when using the g6 and never had 2 fail back-to-back.I know they use jabil to manufacture these and i have had issues with other products they make.Mostly in the inability to read engineering drawings and falsified inspection reports.Reference reports: #mw5156572, #mw5156573, #mw5156574, #mw5156575.

**Search Alerts/Recalls**

63.    On or about June 30, 3034:

**DEXCOM INC. DEXCOM G7 SENSOR; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED** Back to Search Results

**Model Number** G7
**Patient Problem** No Clinical Signs, Symptoms or Conditions (4582)
**Event Date** 06/30/2024
**Event Type** malfunction
**Event Description**
Our dexcom g7 sensor failed again in the middle of the night.I am insulin dependent and must have this working.I can't afford to be paying for something that doesn't work.The g7 sensor has now failed four times this year alone, mostly in the last 3 months.Please investigate this product as it is very dangerous.Reference report: mw5157005, mw5157006, mw5157007.

**Search Alerts/Recalls**

64.    On or about August 9, 2024:

**DEXCOM, INC. DEXCOM G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** Hypoglycemia (1912)
**Event Date** 08/09/2024
**Event Type** malfunction
**Event Description**
I've been using the dexcom g7 continuous glucose monitor for the last several months.Recently the sensors will not stay connected to the receiver (in this case my cell phone).Every time i try to check my blood glucose reading it tells me there is an error.Sometimes i can work around this by turning my phone's bluetooth off and then back on, but this works for a very short amount of time.This error is happening multiple times per day and often overnight, leaving me vulnerable to dangerously low blood sugars overnight (normally the sensor would alert me in that situation, but with no readings it won't do that).I have contacted dexcom about this issue.They responded that it was normal.I requested a follow up call, because the sensor is unusable and this does not seem normal, and they never responded to that request.This issue has gotten noticeably worse over the last 3 sensors i've used.Some days every single time i try to check my blood sugar (5-8 times per day) it fails to give me a reading.Often it shows no information for the previous 4-12 hours.The bluetooth workaround takes 10-30 minutes to reconnect the sensor and start receiving data, and does not help to keep the sensor connected.Ref reports: mw5158742, mw5158743.

**Search Alerts/Recalls**

65.    On or about November 4, 2024:

CLASS ACTION COMPLAINT

**DEXCOM, INC. G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** No Clinical Signs, Symptoms or Conditions (4582)
**Event Date** 11/04/2024
**Event Type** malfunction
**Event Description**
I have been using the dexcom g7 for the past 2 months, and have had to replace the sensor three times. This is a huge failure rate that has been confirmed not to be user error. Their customer service seems to be to try to blame the user as much as possible ("were you sleeping on that arm?", "did you calibrate in mobi vs dexcom?" "for any treatment decision we recommend using a finger stick") rather than accept that there is an issue. I am six months pregnant with type 1 diabetes and rely on the dexcom g7 + tandem mobi insulin pump to keep both me and my baby healthy. I also work for a medical device company and a 10-20% failure on something like this would be unacceptable. Please investigate. Most recently i was alerted of an urgent low below 50points, when i tested, i was actually at 117. If i had reacted to the urgent low and treated this, i may have higher blood sugar. Thankfully i checked by finger pricking, but what's the point of a sensor if i can't trust it 20% of the time?.

**Search Alerts/Recalls**

66.    On or about November 15, 2024:

**DEXCOM INC. G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** Insufficient Information (4580)
**Event Date** 11/15/2024
**Event Type** Injury
**Event Description**
G7 sensor failed.4 of my last 5 failed. Reference reports: mw5162629, mw5162630, mw5162631.

**Search Alerts/Recalls**

67.    On or about November 28, 2024:

**DEXCOM, INC. DEXCOM G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** Diabetic Ketoacidosis (2364)
**Event Date** 11/26/2024
**Event Type** Injury
**Event Description**
Dexcom sensor had been reading that glucose was in range, when in fact it was over 400. This caused me to have dka as this controls my insulin pump as well. This could have resulted in my death. Dexcom was contacted and did not care only concern was to replace the sensor. This is a huge error on dexcom part and needs to be corrected. I have had to miss work and am seeking medical care due to the faulty equipment. Lives are at risk for faulty equipment. This needs to be escalated immediately. Thank you. The finger stick was too high to register.

**Search Alerts/Recalls**

68.    On or about November 29, 2024:

**DEXCOM, INC DEXCOM G7 GLUCOSE SENSOR; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**    Back to Search Results

**Model Number** G7
**Patient Problem** Hyperglycemia (1905)
**Event Date** 11/29/2024
**Event Type** malfunction
**Event Description**
Dexcom g7 blood glucose sensors fail at a rate of 60%. Failure mode is to severely understate the blood glucose reading compared to the actual level. Typical readings for a failed sensor are below 50 mg/dl during actual blood glucose of 350 mg/dl. Impact of understatement is that the connected insulin pump will restrict insulin thereby causing continued elevation of blood glucose in the patient. A complicating factor is that there is no indication to the patient that the sensor is failing and so the patient has no indication to intercede and manually dose insulin.

**Search Alerts/Recalls**

69.    On or about December 1, 2024:

17

CLASS ACTION COMPLAINT

**DEXCOM, INC. DEXCOM G7 CONTINUOUS GLUCOSE MONITORING SYSTEM; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**                              Back to Search Results

**Model Number** G7
**Patient Problem** Hypoglycemia (1912)
**Event Date** 12/01/2024
**Event Type** Injury
**Event Description**
Dexcom g7 multiple sensor failures and incorrect glucose levels causing me to miss hypoglycemic incidents or taking insulin when readings were falsely high.In the last 2 months my dexcom g7 sensors ((b)(6) approved, prescription needed) have failed.Most recently, on december 1 i inserted new sensor at 7:30 pm central standard time (cst) and it failed while i was sleeping.I applied a new sensor at 8:30 am central standard time (cst) and it failed at 1:30 central standard time (cst), inserted new sensor and sensor read 100 points higher than meter reading.Have reported all incidents to dexcom with sensor serial numbers.Reference report: mw5164040, mw5164041.

**Search Alerts/Recalls**

70.    On or about January 6, 2025:

**DEXCOM, INC. DEXCOM G7 SENSOR; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**                              Back to Search Results

**Model Number** G7
**Patient Problem** No Clinical Signs, Symptoms or Conditions (4582)
**Event Date** 01/06/2025
**Event Type** malfunction
**Event Description**
Dexcom g7 sensors regularly fail (2 in a row now for me, several others as well) before sensor sessions are over (<10 days).Additionally, my most recent replacement sensor would not connect to any device rendering it unusable (total loss, no useful measurements ever).Dexcom will not stand by their products use period even though their products are used exactly per their instructions.Prescriptions are for the exact number of sensors based on product stated use period, but devices often do not last the stated use period (in this case 10 days) leaving patient without measurement tools for diabetic control.Dexcom limits their free replacements to three per year despite much more frequent failure rate.In my case i use all available devices to interact with the dexcom g7 including the dexcom receiver, an iphone and an apple watch (it's not a receiving device issue).Ref report: mw5164458.

**Search Alerts/Recalls**

71.    On or about January 10, 2025:

**DEXCOM, INC. DEXCOM G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**                              Back to Search Results

**Model Number** G7
**Patient Problem** Hypoglycemia (1912)
**Event Date** 01/10/2025
**Event Type** malfunction
**Event Description**
Placed dexcom g7 sensor.I have used the product for years and am familiar with the placement technique.In the last 6 months my order of 9 sensors has had numerous faulty insertions resulting in the inability to use the sensor and forcing me to get replacements.This happened again at placement on (b)(6) 2025.I have no additional sensors in as much as my new order is being shipped.I have no ability to monitor my blood glucose and there are times during sleep when my monitor would go off due to too low of a blood glucose level waking me up before i crashed.This is happening way too frequently.Faulty sensors are not an efficient way to monitor daily and nighttime blood glucose.Low glucose levels are a life-threatening incident.Reference reports: mw5164770, mw5164771, mw5164772, mw5164773, mw5164774, mw5164775, mw5164776, mw5164777, mw5164778.

**Search Alerts/Recalls**

72.    On or about January 19, 2025:

**DEXCOM, INC. DEXCOM G7 CONTINUOUS GLUCOSE MONITOR; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**                              Back to Search Results

**Model Number** G7
**Patient Problem** Hypoglycemia (1912)
**Event Date** 01/19/2025
**Event Type** Injury
**Event Description**
Severe hypoglycemia from inaccurate continuous glucose monitor.Cgm (continuous glucose monitor) reading 340 fingerstick 112.

**Search Alerts/Recalls**

73.    On or about January 22, 2025:

**DEXCOM, INC. DEXCOM G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**   Back to Search Results

**Model Number** G7
**Patient Problems** Emotional Changes (1831); Distress (2329); Sleep Dysfunction (2517)
**Event Date** 01/22/2025
**Event Type** Injury
**Event Description**
Today i had to discontinue my current dexcom cgm(continuous glucose monitor) due to sensor failure after 6 days of wear.This is the third dexcom cgm in a row which has failed.The company is supposed to be replacing the other two but they have not arrived yet.I was told by technical support line staff they are behind at the warehouse.I am now switching to another brand (freestyle).Another support team member said on a recorded line it was a "bad batch" which surprised me they said this out loud.I have had very low and high readings inaccurate and unstable glucose values with alarms and very significantly different from my true glucose by fingerstick.These are waking me up at night and interrupting me at work.This makes it difficult for me to work, sleep, drive, eat and properly dose my insulin as i am afraid of going too low.I cannot trust the devices and it is very stressful and damaging to my mental health and physical wellbeing.I am paying for the replacements out of pocket because the company has not been able to replace the failed devices fast enough.The first one failed on (b)(6) 2025.This makes me concerned there is a truly bad batch out there and not just a run of bad luck or anything am doing wrong.I have talked to my endocrinologist and asked for dexcom support to rule out anything i could be doing.They are not falling off.I am worried there is a manufacturing defect.Reference report: mw5165336, mw5165337.

**Search Alerts/Recalls**

74.     On or about January 25, 2025:

**DEXCOM, INC. DEXCOM G7; INTEGRATED CONTINUOUS GLUCOSE MONITORING SYSTEM, FACTORY CALIBRATED**   Back to Search Results

**Model Number** G7
**Patient Problem** Insufficient Information (4580)
**Event Date** 01/25/2025
**Event Type** Injury
**Event Description**
This item has failed 4 times within a month.The replacements take at least 2 weeks to receive.This leaves my child without proper monitoring of his blood sugar for days while waiting for the replacement of their failed product.

**Search Alerts/Recalls**

75.     Despite an emerging and dangerous trend concerning the G7 Sensors and other issues, Defendants continued to mislead consumers and the public regarding the quality, safety, reliability, and accuracy of the G7 System.

**E. FDA Inspection, Warning Letter, and Recalls**

76.     The U.S. Food and Drug Administration (FDA) inspected Dexcom's San Diego, California facility from October 21, 2024 through November 7, 2024 and Dexcom's Mesa, Arizona facility from June 10, 2024 through June 14, 2024. *See* Exhibit C, FDA Warning Letter.

77.     After the inspections, on or about June 14, 2024 and November 7, 2024, the FDA issued a Form 483 Report and List of Inspectional Observations. *Id.*

78.     Dexcom responded to the Form FDA 483 on July 9, 2024, October 9, 2024, December 3, 2024, January 7, 2025 and January 10, 2025. *Id.*

79.     On March 4, 2025, the FDA sent a Warning Letter to Dexcom, stating that the inspection revealed the G7 CGMs "are adulterated within the meaning of

section 501(h) of the Act, 21 U.S.C. § 351(h), in that the methods used in, or the facilities or controls used for, their manufacture, packing, storage, or installation are not in conformity with the current good manufacturing practice requirements of the Quality System regulation found at Title 21, Code of Federal Regulations (CFR), Part 820." *Id.*

80.    The FDA issues warning letters to notify manufacturers when it "finds that a manufacturer has significantly violated FDA regulations."[6]

81.    In the Warning Letter, the FDA noted violations, including, but not limited to, the following:

a. Dexcom failed to "establish procedures for monitoring and control of process parameters for a validated process, as required by 21 CFR 820.75(b)," such as by failing to establish "procedures to adequately monitor and control the glucose and acetaminophen concentrations;"

b. Dexcom failed to "establish procedures to adequately validate a process whose results cannot be fully verified by subsequent inspection and test, as required by 21 CFR 820.75(a)"

c. Dexcom "failed to validate the manufacturing specifications for the concentration of glucose in the dishes used as part of [their] [sic] test;"

d. Dexcom failed to "adequately establish procedures for design input, as required by 21 CFR 820.30(c);"

e. Dexcom failed to "establish procedures for design changes, as required by 21 CFR 820.30(i);"

f. Dexcom failed to "adequately establish procedures for design output, as required by 21 CFR 820.30(d);"

---

[6] https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/about-warning-and-close-out-letters

CLASS ACTION COMPLAINT

g. Dexcom failed to "establish adequate procedures for design validation to ensure that devices conform to defined user needs and intended uses, as required by 21 CFR 820.30(g);" and

h. Dexcom failed to "establish adequate procedures for corrective and preventive actions, as required by 21 CFR 820.100(a)." *Id*.

82.     In the FDA Warning Letter, the FDA also determined that Dexcom changed the G7 Sensor's coating despite the fact that testing showed greater variability and "a significant difference in the standard deviation (SD of glucose sensitivities," without submitting a new 510(k) application. The FDA found: "The larger inaccuracies in (b)(4)-coated sensors cause higher risks for users who rely on the sensors to dose insulin or make other diabetes treatment decisions. Therefore, we do not agree your firm has shown equivalency between (b)(4) and (b)(4) to justify that such a change does not require a new premarket submission. The variability differences could significantly affect the safety or effectiveness of the device within the meaning of 21 CFR 807.81(a)(3)." *Id*.

83.     On May 12, 2025, Dexcom issued an Urgent Medical Device Correction ("May 12, 2025 Correction") for G7 Receivers because defective foam or assembly errors could cause the receiver speaker to lose contact with the printed circuit board, leading to missed audible alerts for low/high glucose.[7]

84.     In the May 12, 2025 Correction, Dexcom stated:

If a user experiences a lack of receiver audio due to this issue, it may result in delayed and/or missed detection of severe hypoglycemia or hyperglycemia. Although a speaker test could identify a defective receiver, the malfunction can occur at any time without warning, even if the receiver has recently passed the speaker test. As of May 2025, 112 complaints have been received globally with confirmed association to this speaker malfunction. Globally, there have been 56 reports of severe adverse events

[7] https://dexcompdf.s3.us-west-2.amazonaws.com/Urgent-Medical-Device-Correction-Notification_US.pdf

(including seizure, loss of consciousness, vomiting, or unspecified hypoglycemic/hyperglycemic symptoms; all users recovered) potentially associated with this issue.

85.     On June 9, 2025, Dexcom issued an Urgent Medical Device Correction Update ("June 9, 2025 Update").

86.     The June 9, 2025 Update asked users to verify whether their G7 Receiver is affected by the issue regarding audible alerts, contact Dexcom if the G7 Receiver is affected, and recommended all users to regularly test the speaker every time they charge the G7 Receiver.[8]

87.     On June 16, 2025, the FDA classified Dexcom's May 12, 2025 Correction and June 9, 2025 Update as a Class I recall, the most serious type of recall. The FDA further noted that the use of G7 CGMs may "cause serious injuries or death." *See* Exhibit A, FDA Recall No. 213508.

88.     On July 24, 2025, Dexcom sent an Urgent Medical Device Correction Notification ("July 24, 2025 Notification").

89.     The July 24, 2025 Notification alerted users to a design error in the G7 App and asked all users to install the latest version. Specifically, the G7 App contained a software design error that caused a "Sensor Failed" alert to be missed.

90.     On September 4, 2025, the FDA classified Dexcom's July 24, 2025 Notification as a Class I recall, again alerting consumers that the use of G7 CGMs may "cause serious injuries or death." *See* Exhibit B, FDA Recall No. 215006.

91.     From December 2023 through May 2025, Dexcom uniformly represented the G7 CGM as "the most accurate," "best-in-class," and as reliably providing alerts and alarms for dangerous glucose levels, including with connected devices. Dexcom failed to disclose the material risks and frequency of: (a) silent receiver speaker failures, (b) app behavior that suppresses "Sensor Failed" alerts and ends sessions without notice, and (c) inaccuracies in glucose readings. A reasonable

---

[8] https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfres/res.cfm?id=213508

1  consumer would consider these facts important in deciding to purchase and in the

2  price they were willing to pay.

3       92.    According to former Dexcom engineers and quality-control personnel,

4  the company's internal culture increasingly prioritized growth and market share over

5  compliance and patient safety. Multiple high-level executives, including leaders of

6  engineering, quality assurance, and operations, departed during or shortly after the

7  period when these quality failures and regulatory findings arose. One former senior

8  director publicly stated that "Dexcom definitely dropped the ball" and that its

9  "arrogance" in ignoring safety warnings "needed to be reset."[9]

10  **F.  Additional G7 CGM Defects**

11       93.    Although the G7 Sensor is the only component of the G7 CGM that has

12  not been subject to recall, as identified in the complaints above, it is defective and

13  puts patients at risk of experiencing, among others, hypoglycemia, hyperglycemia,

14  and diabetic ketoacidosis.

15       94.    The G7 Sensor lacks safeguards to prevent anomalous data from being

16  displayed, allowing signals that may have been flagged in previous generations of

17  sensors to produce inaccurate blood glucose readings for users.

18       95.    In addition, the G7 Sensor produces a noisy signal due to its signal

19  processing algorithm.

20       96.    The G7 Sensor has a wire coating that is prone to "goosenecking" – a

21  sensor failure in which the thin filament loops out through the insertion hole rather

22  than going under the skin, resulting in a bent wire resembling a goose's neck and

23  rendering the sensor non-functional.

24       97.    The glucose-limiting membrane on the G7 Sensor is also defective,

25  producing false positives from oxygen levels rather than glucose. It can also cause a

26  change in temperature to appear as a change in glucose concentration. Because the

27

28  [9] https://hntrbrk.com/dexcom/

CLASS ACTION COMPLAINT

glucose-limiting membrane responds to oxygen levels and temperature changes, there is an increased risk that the G7 CGM will calculate and report inaccurate blood glucose levels to users.

98. These defects render the device unfit for its intended medical purpose, endanger users who rely on it for real-time diabetes management, and undermine Defendants' representations that the G7 CGM provides continuous, accurate, and safe glucose monitoring.

**G. G7 CGM Warranties**

99. Defendants expressly warranted in labeling, advertisements, packaging materials, and press releases that the FDA cleared the G7 CGM, that it provides timely and audible alerts for low and high blood glucose, and that it is accurate.

100. Defendants impliedly warranted in labeling, advertisements, packaging materials, and press releases that the G7 CGM is safe, not defective, accurate, and of high quality.

101. Defendants also impliedly warranted in labeling, advertisements, packaging materials, and press releases that the G7 CGM was manufactured and sent to users in accordance with the FDA-cleared specifications and processes, and/or of the same quality as those cleared by the FDA.

<u>**TOLLING OF THE STATUTE OF LIMITATIONS**</u>

**A. Discovery Rule Tolling**

102. Plaintiff and Class Members could not have discovered through the exercise of reasonable diligence that their G7 CGMs were defective within the time period of any applicable statutes of limitation.

103. Neither Plaintiff nor the Class Members knew or could have known of the defects of the G7 CGM, at least until after the FDA Class 1 recall was publicly issued.

**B. Fraudulent Concealment Tolling**

104. Throughout the time period relevant to this action, Defendants concealed from and failed to disclose to Plaintiff and Class Members vital information about the character, quality, nature, and risks of the G7 CGM.

105. Indeed, Defendants kept Plaintiff and Class Members ignorant of vital information essential to the pursuit of their claims. As a result, neither Plaintiff nor Class Members could have discovered the defects, even upon reasonable exercise of diligence.

106. Despite its knowledge of defects, Defendants failed to disclose and concealed, and continue to conceal, this critical information from Plaintiff and Class Members, even though, at any point in time, it could have done so through individual correspondence, media release, or by other means.

107. Defendants affirmatively and actively concealed the defects by continuing to market the G7 CGMs despite knowing they were defective.

108. Plaintiff and Class Members justifiably relied on Defendants to disclose the defects in the G7 CGMs that they purchased, because those defects were hidden and not discoverable through reasonable efforts by Plaintiff and Class Members.

109. Thus, the running of all applicable statutes of limitation have been suspended with respect to any claims that Plaintiff and Class Members have sustained as a result of the defect, by virtue of the fraudulent concealment doctrine.

**C. Estoppel**

110. Defendants were under a continuous duty to disclose to Plaintiff and Members of the Class the true character, quality, nature, and risks of the G7 CGM.

111. Defendants knowingly concealed the true character, quality, nature, and risks of the G7 CGM.

112. Based on the foregoing, Defendants are estopped from relying on any statutes of limitations in defense of this action.

**PLAINTIFF'S AND CLASS MEMBERS' INJURIES AND DAMAGES**

113.    Plaintiff and Class Members saw and reasonably relied on Dexcom's marketing, labeling, IFUs, and in-app disclosures. Had Dexcom disclosed the truth, Plaintiff and Class Members would not have purchased, or would have paid less for, the G7 CGM. They suffered economic injury, including price-premium damages, out-of-pocket costs for replacements, loss of the benefit of the bargain, and time/money spent troubleshooting, updating, and replacing devices.

114.    Dexcom's omissions and misrepresentations were a substantial factor in causing Plaintiff's and Class Members' injuries.

**CLASS ACTION ALLEGATIONS**

115.    This action has been brought and may be properly maintained on behalf of the Class and Subclass proposed herein under the criteria of Rule 23 of the Federal Rules of Civil Procedure.

116.    Pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), Plaintiff Grisoli brings this action on behalf of herself and all others similarly situated (referred to throughout this Complaint as "Class Members") as representative of the following class (the "Class") and subclass (the "California Subclass"):

    a. **Class**: All natural persons who purchased the G7 CGM, or any component thereof, in the United States.

    b. **California Subclass**:  All natural persons who purchased the G7 CGM, or any component thereof, in the State of California.

117.    Excluded from the Class and the California Subclass are Defendants' officers, directors, and employees; any entity in which one or more of the Defendants has a controlling interest; and the affiliates, legal representatives, attorneys, successors, heirs, and assigns of each of the Defendants. Also excluded from the Class and the California Subclass are members of the judiciary to whom this case is assigned, their families, and members of their staff.

118.   The Members of the Class and the California Subclass are so numerous and geographically dispersed that individual joinder of all Class Members is impracticable. Plaintiff are informed and believe that there are hundreds of thousands of Class Members, as well as tens of thousands of members of the California Subclass. While the precise number of Class Members is unknown to Plaintiff, it may be ascertained from Defendants' records. Class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. Mail, electronic mail, Internet postings, and/or published notice.

119.   The Members of the Class and the California Subclass are readily ascertainable from the business records of Defendants.

120.   There are questions of law and fact common to Plaintiff and Class Members, which predominate over any questions affecting only individual Class Members. These common questions of law and fact include, without limitation:

    a. whether Defendants designed, advertised, marketed, distributed, sold, or otherwise placed the G7 CGM into the stream of commerce in the United States;

    b. whether Defendants engaged in the conduct alleged herein;

    c. whether Defendants' alleged conduct violates applicable law;

    d. whether Defendants misled Class Members regarding the quality, benefits, and/or risks of the G7 CGM;

    e. whether Defendants had actual or imputed knowledge of the alleged defects and failed to disclose such defects and/or their risks to Plaintiff and Class Members;

    f. whether Defendants' acts, inactions, and practices complained of herein violated the California Consumer Legal Remedies Act, Cal. Civ. Code § 1770, *et seq.*;

CLASS ACTION COMPLAINT

g.  whether Defendants' acts, inactions, and practices complained of herein violated the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*;

h.  whether Defendants' acts, inactions, and practices complained of herein violated the False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.*;

i.  whether Defendants' acts, inactions, and practices complained of herein breached the Song-Beverly Consumer Warranty Act, Cal. Civ. Code §§ 1790, *et seq.*

j.  whether Defendants' acts, inactions, and practices complained of herein violated the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*;

k.  whether Defendants' acts, inactions, and practices complained of herein breached express warranties;

l.  whether Defendants' acts, inactions, and practices complained of herein breached the implied warranty of merchantability;

m.  whether Defendants' acts, inactions, and practices complained of herein constituted negligent misrepresentation;

n.  whether Defendants' acts, inactions, and practices complained of herein constituted fraudulent omission;

o.  whether Defendants' acts, inactions, and practices complained of herein constituted unjust enrichment;

p.  whether Plaintiff and Class Members overpaid for their G7 CGM as a result of the defects alleged herein;

q.  whether the Class Members are entitled to damages, restitution, equitable relief, statutory damages, civil penalties, punitive damages, exemplary damages, and/or other relief; and

r.  the amount and nature of relief to be awarded to Plaintiff and Class Members.

121.   Plaintiff's claims are typical of those of the Class Members because all were exposed to the same representations disseminated by Defendants' conduct in labeling, packaging, and nationwide advertising, as well as omissions, for the G7 CGM. Plaintiff and Class Members were all subject to the same failures of the G7 CGM as alleged herein, and all suffered similar harm as a result of Dexcom's uniform conduct. Neither Plaintiff nor the other Class Members would have purchased the G7 CGM, or would have paid less for it, had they known of the defects and risks in the G7 CGM, as well as its lack of benefits. Plaintiff and the other Class Members suffered damages as a direct and proximate result of the same wrongful practices in which Defendants engaged. Plaintiff's claims arise from the same practices and course of conduct that give rise to the claims of the other Class Members.

122.   Plaintiff can and will fairly and adequately represent and protect the interests of Class Members, including those from states and jurisdictions where they do not reside, as well as the California Subclass. Plaintiff has no interests that conflict with the interests of the Class nor the respective Subclass. In addition, Plaintiff has retained counsel competent and experienced in complex litigation and class actions, and Plaintiff intends to prosecute this action vigorously. The Class's interests will be fairly and adequately protected by Plaintiff and her counsel.

123.   A class action is superior to any other available method for the fair and efficient adjudication of this controversy. The damages suffered by individual Class Members are relatively small compared to the burden and expense of individual litigation, making individual suits impracticable. Class treatment of common issues avoids inconsistent or contradictory judgments, reduces delay and expense for all parties and the courts, and provides the benefits of single adjudication, economy of

scale, and comprehensive supervision by one tribunal. No unusual difficulties are likely to arise in managing this case as a class action. Proceeding on a class-wide basis will conserve judicial resources and ensure that the rights of all Class Members are fairly and efficiently protected. The common issues arising from Defendants' conduct affecting Class Members, as described *supra*, predominate over any individualized issues. Adjudication of the common issues in a single action has important and desirable advantages of judicial economy.

## CAUSES OF ACTION

124.   Plaintiff brings these causes of action on behalf of the Class and the California Subclass, as defined herein.

125.   The application of California law is appropriate because the corporate decisions regarding the G7 CGM that give rise to this action occurred in California.

## COUNT I
## VIOLATION OF THE CALIFORNIA CONSUMER LEGAL REMEDY ACT, Cal. Civ. Code §§ 1750, *et seq.*
## (On Behalf of Plaintiff and Class)

126.   Plaintiff and Class Members incorporate by reference all preceding paragraphs of this Complaint as if fully set forth herein and further allege as follows.

127.   The G7 CGM is a "good" as defined by Cal. Civ. Code § 1761(a) because it is a tangible chattel bought for use primarily for personal purposes ("'Goods' means tangible chattels bought or leased for use primarily for personal, family, or household purposes, including certificates or coupons exchangeable for these goods, and including goods that, at the time of the sale or subsequently, are to be so affixed to real property as to become a part of real property, whether or not they are severable from the real property.").

128.   Plaintiff and Class Members are "consumers" as defined by Cal. Civ. Code § 1761(d) because they are individuals who acquired, by purchase, goods for personal purposes ("'Consumer' means an individual who seeks or acquires, by

1   purchase or lease, any goods or services for personal, family, or household
2   purposes.").

3       129.   Defendant Dexcom is a "person" as defined by Cal. Civ. Code §
4   1761(c) because it is a corporation ("'Person' means an individual, partnership,
5   corporation, limited liability company, association, or other group, however
6   organized.").

7       130.   Plaintiff and Class Members entered into "transactions" with Defendant
8   as defined by California Civil Code § 1761(e) ("'Transaction' means an agreement
9   between a consumer and another person, whether or not the agreement is a contract
10  enforceable by action, and includes the making of, and the performance pursuant to,
11  that agreement.").

12      131.   Dexcom disseminated advertisements and statements on labels, IFUs,
13  websites, investor/media materials, and in-app messaging that touted the G7 CGM
14  as the "most accurate," "best-in-class," and reliable alert/alarm functionality. These
15  were untrue or misleading and reasonably likely to deceive consumers because
16  receivers could miss audible alerts, and apps could suppress "Sensor Failed" alerts
17  and end sessions without warning, and sensor glucose readings were frequently
18  inaccurate.

19      132.   The California Consumers Legal Remedy Act (CLRA) prohibits,
20  among other things:

21          i.   Misrepresenting the source, sponsorship, approval, or
22              certification of goods or services. Cal. Civ. Code §§ 1770(a)(3);
23          ii.  Representing that goods or services have sponsorship, approval,
24              characteristics, ingredients, uses, benefits, or quantities that they
25              do not have or that a person has a sponsorship, approval, status,
26              affiliation, or connection that the person does not have. Cal. Civ.
27              Code §§ 1770(a)(5);

28

31

iii.  Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another. Cal. Civ. Code § 1770(a)(7); and

iv.  Advertising goods or services with the intent not to sell them as advertised. Cal. Civ. Code § 1770(a)(9).

133.  Defendant violated Cal. Civ. Code §§ 1770(a)(3), (5), (7), and (9) by representing that the G7 CGM was FDA-cleared, even though Dexcom covertly replaced a critical sensor membrane/coating formula used in the G7 CGM with an internal formulation without seeking regulatory clearance for the material change.

134.  Defendant violated Cal. Civ. Code § 1770(a)(5) by representing that the G7 CGM had characteristics, uses, and benefits it did not have. For example, Dexcom represented to consumers that the G7 CGM is safe and would audibly alert users to dangerous glucose levels and sensor failures. However, Dexcom recalled the G7 Receiver and G7 Apps for failing to provide these alerts to users.

135.  Defendant violated Cal. Civ. Code §§ 1770(a)(5), (7), and (9) by representing the G7 CGM as the "most accurate," "best-in-class," and having a reliable alert/alarm functionality when Dexcom knew this information was inaccurate.

136.  Defendant violated Cal. Civ. Code § 1770(a)(9) by advertising the G7 CGM with intent not to sell as advertised, given undisclosed defects impacting alerts, alarms, and accuracy.

137.  Plaintiff and Class Members relied on Defendant's representations and advertisements that the FDA cleared the G7 CGM, and this representation was a substantial factor in their decision to purchase the G7 CGM.

138.  Plaintiff and Class Members relied on Defendant's representations and advertisements that the G7 CGM was accurate, best-in-class, and had a reliable

alert/alarm functionality, and such representations were a substantial factor in their decision to purchase the G7 CGM.

139.    Plaintiff and Class Members were financially harmed as a result of Defendant's conduct.

140.    As a direct and proximate result of Defendants' violation of the foregoing statutes and regulations, Plaintiff and Class Members have suffered injury.

141.    Plaintiff provided notice in writing and sent by certified mail, return receipt requested, to Dexcom's principal place of business within California on October 15, 2025, as required by Cal. Civ. Code § 1782. Defendant Dexcom is hereby on notice of its particular Cal. Civ. Code § 1770 violations and Plaintiff demands that Dexcom (1) rectify the problems associated with the actions detailed above and (2) give notice to all affected consumers of Dexcom's intent to so act.

142.    If Dexcom fails to respond to Plaintiff's demand by Friday, November 14, 2025, Plaintiff will amend this Complaint to request damages and other relief under Cal. Civ. Code § 1780(a).

143.    Pursuant to California Civil Code § 1780(d), the affidavit showing that this action has been commenced in the proper forum is attached hereto.

## COUNT II
## VIOLATION OF THE CALIFORNIA UNFAIR COMPETITION LAW,
### Cal. Bus. & Prof. Code §§ 17200, *et seq.*
### (On Behalf of Plaintiff and the Class)

144.    Plaintiff and Class Members incorporate by reference all preceding paragraphs of this Complaint as if fully set forth herein and further allege as follows.

145.    California Business and Professions Code § 17200 prohibits any "unlawful, unfair, or fraudulent business acts or practices."

146.    The California Unfair Competition Law prohibits any "unlawful, unfair, or fraudulent business acts or practices." Cal. Bus. & Prof. Code § 17200.

147.   Defendants violated Cal. Bus. & Prof. Code § 17200 by knowingly selling defective G7 CGMs, omitting disclosure of material information, including the G7 CGM's defects and risks, touting false benefits of the G7 CGM, and making untrue and misleading statements regarding the G7 CGM, and disseminating false advertising about the G7 CGMs.

148.   Defendants' omissions and misrepresentations were likely to, and did, deceive reasonable consumers and the public.

149.   All of the misconduct alleged herein occurred in the conduct of Defendants' business.

150.   Defendants' conduct was unscrupulous, offensive to established public policy, and fraudulent.

151.   The harm caused by Defendants' misconduct greatly outweighs any benefit to consumers.

152.   Plaintiff relied on Defendants' representations and omissions with respect to the quality, safety, accuracy, and reliability of the G7 CGMs. Plaintiff and Class Members would not have purchased their G7 CGMs or would not have paid as much for them but for Defendants' omissions.

153.   Plaintiff, individually and on behalf of members of the Class, requests that this Court restore to Plaintiff and Class Members any money acquired by unfair competition, including restitution and/or restitutionary disgorgement.

**COUNT III**
**VIOLATION OF THE FALSE ADVERTISING LAW,**
**Cal. Bus. & Prof. Code §§ 17500, *et seq.***
**(On Behalf of Plaintiff and the Class)**

154.   Plaintiff and Class Members incorporate by reference all preceding paragraphs of this Complaint as if fully set forth herein and further allege as follows.

155.   Defendants disseminated untrue and misleading statements regarding the quality, safety, reliability, and accuracy of the G7 CGM.

156.   Defendants knew or, in the exercise of reasonable care, should have known that their statements regarding the quality, safety, reliability, and accuracy of the G7 CGM were untrue and misleading.

157.   Defendants intended not to sell the G7 CGMs as so advertised.

158.   By disseminating untrue and misleading statements regarding the quality, safety, reliability, and accuracy of the G7 CGM, Defendants intended to, and did, induce consumers, including Plaintiff and Class Members, to purchase G7 CGMs.

159.   Plaintiff and Class Members were injured as an actual and proximate result of Defendants' actions by paying for defective devices.

160.   Plaintiff, individually and on behalf of members of the Class, requests that this Court restore to Plaintiff and Class Members any money acquired by false advertising, including restitution and/or restitutionary disgorgement.

## COUNT IV
## BREACH OF THE SONG-BEVERLY CONSUMER WARRANTY ACT,
### Cal. Civ. Code §§ 1790, *et seq.*
### (On Behalf of Plaintiff and the Class)

161.   Plaintiff and Class Members incorporate by reference all preceding paragraphs of this Complaint as if fully set forth herein and further allege as follows.

162.   The G7 CGM and its component parts are "consumer goods" as defined by Cal. Civ. Code § 1791(a) because they are products or parts thereof that are used and bought for use primarily for personal purposes and are neither clothing nor consumables ("'Consumer goods' means any new product or part thereof that is used, bought, or leased for use primarily for personal, family, or household purposes, except for clothing and consumables. 'Consumer goods' shall include new and used assistive devices sold at retail.").

163.   Plaintiff and Class Members are "buyers" as defined by Cal. Civ. Code § 1791(b) because they are individuals who bought consumer goods from a person

engaged in the business of manufacturing, distributing, or selling consumer goods at retail ("'Buyer' or 'retail buyer' means any individual who buys consumer goods from a person engaged in the business of manufacturing, distributing, or selling consumer goods at retail.").

164.   Dexcom is a "person" as defined by Cal. Civ. Code § 1791(b) because it is a corporation that engages in the business of manufacturing, distributing, or selling consumer goods ("As used in this subdivision, 'person' means any individual, partnership, corporation, limited liability company, association, or other legal entity that engages in any of these businesses.").

165.   Dexcom is also a "manufacturer" as defined by Cal. Civ. Code § 1791(j) because it is a corporation that manufactures, assembles, or produces consumer goods ("'Manufacturer' means any individual, partnership, corporation, association, or other legal relationship that manufactures, assembles, or produces consumer goods.").

166.   Plaintiff and Class Members entered into a "sale" with Defendant as defined by California Civil Code § 1791(n) ("'Sale' means either of the following: (1) The passing of title from the seller to the buyer for a price. (2) A consignment for sale.").

167.   Defendant made an express warranty to Plaintiff and Class Members within the meaning of California Civil Code §§ 1791.2 and 1793.2, as described above.

168.   Defendant impliedly warranted to Plaintiff and Class Members that the G7 CGMs were "merchantable" within the meaning of California Civil Code §§ 1791.1(a) and 1792.

169.   The G7 CGMs share common design defects as mentioned above.

CLASS ACTION COMPLAINT

170.   The G7 CGMs are covered by Dexcom's express warranty. The defects mentioned above substantially impair the use, value, and safety of the G7 CGMs to reasonable consumers, including Plaintiff and Class Members.

171.   California Civil Code § 1791.1(a) provides that consumer goods must meet the following requirements in order to fulfill the implied warranty of merchantability: "(1) Pass without objection in the trade under the contract description; (2) Are fit for the ordinary purposes for which such goods are used; (3) Are adequately contained, packaged, and labeled; and (4) Conform to the promises or affirmations of fact made on the container or label."

172.   Because of the defects, misrepresentations, and omissions mentioned above, the G7 CGMs are not fit for their ordinary purposes, adequately labeled and packaged, and/or do not conform to the promises or affirmations of fact made on the container or label.

173.   Dexcom's sale of defective G7 CGMs to Plaintiff and Class Members violated the Song-Beverly Act's express and implied warranties.

174.   Dexcom failed to repair, replace, or refund Plaintiff's and Class Members' defective G7 CGMs.

175.   As a result of Dexcom's breach of its express warranties and breach of the implied warranty of merchantability, Plaintiff and Class Members received goods with substantially impaired value.

176.   Plaintiff and the other Class Members have been damaged by the diminished value of the G7 CGM resulting from its defects described above.

177.   Pursuant to California Civil Code §§ 1791.1(d), 1793.2, and 1794, Plaintiff and Class Members are entitled to damages and other legal and equitable relief, including, at their election, the purchase price of their G7 CGMs or the overpayment or diminution in value of the devices, as well as costs and attorneys' fees.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COUNT V**
**VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT,**
**15 U.S.C. §§ 2301, *et seq.***
**(On Behalf of Plaintiff and the Class)**

178.   Plaintiff and Class Members incorporate by reference all preceding paragraphs of this Complaint as if fully set forth herein and further allege as follows.

179.   The G7 CGM and its component parts are "consumer products" as defined by 15 U.S.C. § 2301(1) because they are tangible personal property that are distributed in commerce and that are normally used for personal purposes.

180.   Plaintiff and Class Members are "consumers" as defined by 15 U.S.C. § 2301(3) because they are buyers of the G7 CGM, a consumer product.

181.   Defendants are "suppliers" as defined by 15 U.S.C. § 2301(4) because they are corporations engaged in the business of making a consumer product directly or indirectly available to consumers.

182.   Defendants are also "warrantors" as defined by 15 U.S.C. § 2301(5) because they give or offer to give a written warranty or may be obligated under an implied warranty.

183.   Defendants gave written warranties, as defined by 15 U.S.C. § 2301(6), and implied warranties, as defined by 15 U.S.C. § 2301(7), to Plaintiff and Class Members, as described above.

184.   Defendants sold the G7 CGMs to Plaintiff and Class Members with written warranties, as defined by 15 U.S.C. § 2301(6), and implied warranties, as defined by 15 U.S.C. § 2301(7).

185.   Such warranties provided that the G7 CGMs were supposed to be fit for their ordinary purpose as continuous glucose monitors, conform to their labeling and representations, and pass without objection in the trade, among others.

186.   Defendants breached these warranties because the G7 CGMs were incapable of accurately and continuously monitoring blood glucose levels and were

therefore not fit for their intended and advertised use. Further, the G7 CGMs fail to perform as represented and would not pass without objection in the trade.

187.    Under 15 U.S.C. § 2310(d)(1), Plaintiff and Class Members are entitled to recover damages for Defendants' breaches of written and implied warranties, including the purchase price of their G7 CGMs or the overpayment or diminution in value of the devices. Under § 2310(d)(2), Plaintiff and the Class are also entitled to recover reasonable attorneys' fees and costs incurred in bringing this action.

## COUNT VI
## BREACH OF EXPRESS WARRANTY
### (On Behalf of Plaintiff and the Class)

188.    Plaintiff and Class Members incorporate by reference all preceding paragraphs of this Complaint as if fully set forth herein and further allege as follows.

189.    Defendants expressly warranted through marketing and labeling that the G7 was safe, accurate, and reliable for continuous glucose monitoring.

190.    The G7 CGM and its component parts failed to conform to the affirmations and representations made by Defendants.

191.    Plaintiff and Class Members were deprived of the benefit of their bargain.

192.    Plaintiff and Class Members were financially harmed.

193.    Defendants' breach of express warranties was a substantial factor in causing the harm suffered by Plaintiff and Class Members.

194.    Therefore, Plaintiff and Class Members have incurred damages in an amount to be determined at trial.

## COUNT VII
## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY
### (On Behalf of Plaintiff and the Class)

195.    Plaintiff and Class Members incorporate by reference all preceding paragraphs of this Complaint as if fully set forth herein and further allege as follows.

CLASS ACTION COMPLAINT

196.   Plaintiff and Class Members bought G7 CGMs manufactured by Defendants.

197.   At the time of purchase, Defendants were in the business of selling and manufacturing the G7 CGM.

198.   Defendants impliedly warranted that the G7 CGM was of merchantable quality and fit for ordinary use.

199.   The G7 CGM was not of the same quality as that generally acceptable in the trade, was not fit for the ordinary purposes for which it is used, was not adequately labeled, and did not measure up to the promises or facts stated on the label.

200.   The G7 CGM is not fit for its ordinary purpose because, for example, the G7 Receivers could fail to sound audible alerts for dangerous glucose levels, and the G7 Apps could suppress required failure alerts and silently end sessions, rendering the Devices not of merchantable quality at the time of sale.

201.   In addition, the G7 Sensor is often inaccurate and fails to last the intended 10.5-day wear span.

202.   Plaintiff and Class Members were financially harmed.

203.   Defendants' breach of implied warranty was a substantial factor in causing the harm suffered by Plaintiff and Class Members.

204.   Therefore, Plaintiff and Class Members have incurred damages in an amount to be determined at trial.

**COUNT VIII**
**NEGLIGENT MISREPRESENTATION**
**(On Behalf of Plaintiff and the Class)**

205.   Plaintiff and Class Members incorporate by reference all preceding paragraphs of this Complaint as if fully set forth herein and further allege as follows.

206.   As described above, Defendants negligently made false statements regarding the G7 CGM's quality, safety, reliability, and accuracy, without reasonable grounds for believing them to be true.

207.   Through their false statements regarding the G7 CGM's quality, safety, reliability, and accuracy, Defendants intended to induce, and did induce, Plaintiff and Class Members to purchase G7 CGMs they otherwise would not have purchased, or to pay more for G7 CGMs than they otherwise would have paid.

208.   Plaintiff and Class Members justifiably relied on these misrepresentations and suffered economic harm.

209.   Therefore, Plaintiff and Class Members have incurred damages in an amount to be determined at trial.

**COUNT IX**
**FRAUDULENT OMISSION**
**(On Behalf of Plaintiff and the Class)**

210.   Plaintiff and Class Members incorporate by reference all preceding paragraphs of this Complaint as if fully set forth herein and further allege as follows.

211.   Defendants were aware of the G7 CGM's defects when they marketed and sold the devices to Plaintiff and Class Members.

212.   Having been aware of the defects in the G7 CGMs and, having known that Plaintiff and Class Members could not have reasonably been expected to know of the defects, Defendants had a duty to disclose the defects to Plaintiff and Class Members in connection with the sale of the G7 CGMs.

213.   Defendants did not disclose the defects to Plaintiff and Class Members in connection with the sale of the G7 CGMs.

214.   The defects concern material information with respect to the sale of the G7 CGMs.

215.   In purchasing the G7 CGMs, Plaintiff and Class Members reasonably relied on Defendants to disclose known material defects with respect to the G7 CGMs.

216.   Had Plaintiff and Class Members known of the defects, they would not have purchased the G7 CGMs or would have paid less for the devices.

217.   Through their omissions regarding the defects, Defendants intended to induce, and did induce, Plaintiff and Class Members to purchase G7 CGMs they otherwise would not have purchased, or to pay more for G7 CGMs than they otherwise would have paid.

218.   As a direct and proximate result of Defendants' omissions, Plaintiff Class Members either overpaid for the G7 CGMs or would not have purchased the G7 CGMs at all if the defects had been disclosed.

219.   Therefore, Plaintiff and Class Members have incurred damages in an amount to be determined at trial.

## COUNT X
## UNJUST ENRICHMENT / RESTITUTION
### (On Behalf of Plaintiff and the Class)

220.   Plaintiff and Class Members incorporate by reference all preceding paragraphs of this Complaint as if fully set forth herein and further allege as follows.

221.   Defendants have benefited from selling at an unjust profit defective G7 CGMs that had artificially inflated prices due to Defendants' concealment of defects, and Plaintiff and Class Members have overpaid for these devices.

222.   Defendants have received and retained unjust benefits from Plaintiff and Class Members, and inequity has resulted.

223.   It is inequitable and unconscionable for Defendants to retain these benefits.

224.   Because Defendants concealed their fraud and deception, Plaintiff and Class Members were not aware of the true facts concerning the G7 CGMs and did not benefit from Defendants' misconduct.

225.   Defendants knowingly accepted the unjust benefits of their misconduct.

226.   As a result of Defendants' misconduct, the amount of their unjust enrichment should be disgorged and returned to Plaintiff and Class Members in an amount to be determined at trial.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff, individually and on behalf of all Class Members, respectfully requests that the Court enter judgment in their favor and against all Defendants, individually, jointly, and severally on the entire Complaint, as follows:

A.   For an Order certifying this action as a class action, designating Plaintiff as Class Representative, and appointing Plaintiff's Counsel to represent the Class;

B.   For an award of actual damages, compensatory damages, restitution, equitable relief, statutory damages, and statutory penalties, in an amount to be determined at trial and as allowable by law;

C.   For an award of punitive and exemplary damages, as allowable by law;

D.   For an award of attorneys' fees and costs, and any other expense, including reasonable expert witness fees;

E.   Pre- and post-judgment interest on any amounts awarded; and

F.   Such other and further relief as this Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff and Class Members hereby demand a jury trial for all claims so triable.

CLASS ACTION COMPLAINT

1    DATED: October 15, 2025              Respectfully submitted,

2                                          */s/ C. Moze Cowper*
3                                          C. Moze Cowper (Bar No. 326614)
                                           Paige Miller (Bar No. 361477)
4                                          **COWPER LAW LLP**
                                           12301 Wilshire Boulevard, Suite 303
5                                          Los Angeles, California 90025
                                           Tel.: (877) 529-3707
6                                          mcowper@cowperlaw.com
7                                          pmiller@cowperlaw.com

8
                                           Adam J. Levitt (*Pro Hac Vice* to be filed)
9                                          **DICELLO LEVITT LLC**
10                                         Ten North Dearborn Street, Sixth Floor
                                           Chicago, Illinois 60602
11                                         Tel.: (312) 214-7900
12                                         alevitt@dicellolevitt.com

13
                                           ***Counsel for Plaintiff and the Proposed***
14                                         ***Classes***

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

# AFFIDAVIT OF C. MOZE COWPER
## PURSUANT TO CALIFORNIA CIVIL CODE § 1780

C. Moze Cowper declares:

1.    I am an attorney duly admitted to practice before this Court. I am a partner and founder of the law firm Cowper Law, LLP, attorneys of record for Plaintiff Kelly Grisoli and the proposed Class.

2.    I am one of the attorneys principally responsible for the handling of this matter. I am personally familiar with the facts set forth in this declaration, and if called as a witness, I could and would competently testify to the matters stated herein.

3.    This action has been commenced in a county described in California Civil Code Section 1780 as a proper place for the trial of the action. The transactions and a substantial portion thereof occurred in Orange County, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 15, 2025, in Los Angeles, California.

*/s/ C. Moze Cowper*
C. Moze Cowper

CLASS ACTION COMPLAINT