RENATA ORTIZ BLOOM (SBN: 254377)
rbloom@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorney for Defendant,
DEXCOM, INC.

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY GRISOLI, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEXCOM, INC.,<br><br>Defendant. | Case No. 3:25-cv-03488-RSH-KSC<br><br>**DEFENDANT DEXCOM, INC.'S NOTICE OF RELATED CASES**<br><br>**[LOCAL CIVIL RULE 40.1(F)]** |

Pursuant to Local Rule 40.1, defendant Dexcom, Inc. ("Dexcom"), files this Notice of Related Cases and states as follows:[1]

1. This is one of four overlapping putative class actions currently pending

---

[1] By filing this Notice, Dexcom reserves, without waiver or admission, all its procedural and substantive rights, claims, interests, and defenses. This Notice is not and shall not be construed as a waiver of any of Dexcom's defenses in this action, *Levens*, *Estravit*, or *Dalora*. Dexcom also does not concede that plaintiffs or any unnamed putative class member may recover damages or other relief related to any alleged purchase of a G6 or G7 device.

1  in this Court, naming only Dexcom as a defendant and relating to plaintiffs' (and
2  putative class members') alleged purchase and use of the Dexcom G6 and G7
3  Continuous Glucose Monitoring Systems.

4      2.    This case originally was filed in the U.S. District Court for the Central
5  District of California on October 15, 2025, and subsequently transferred to this
6  Court on December 9, 2025.

7      3.    The three overlapping putative class actions also pending in this Court
8  bear the following captions:

9          a.  *Levens, et al. v. Dexcom, Inc.*, Case No. 3:25-cv-02565-BJC-BLM
10           (filed Sept. 29, 2025);

11         b.  *Estravit v. Dexcom, Inc.*, Case No. 3:25-cv-2345-BJC-BLM (filed Oct.
12           22, 2025); and

13         c.  *Dalora v. Dexcom, Inc.*, Case No. 3:25-cv-03210-WQH-BJW (filed
14           Nov. 19, 2025.

15     4.    The first-filed *Levens* action was assigned to the Honorable Judge
16 Benjamin J. Cheeks. The *Estravit* action already has been deemed related to *Levens*
17 and was reassigned to Judge Cheeks pursuant to the "low-number" rule. (*Estravit*,
18 ECF No. 6.) While the *Dalora* action has not yet been reassigned, the Clerk recently
19 identified it as a case potentially related to *Levens* and *Estravit*. (*Dalora*, ECF No.
20 5.) Dexcom anticipates that case will likewise be reassigned to Judge Cheeks
21 pursuant to the "low-number" rule shortly.

22     5.    The named plaintiffs in all four putative class actions seek to represent
23 overlapping nationwide classes (and state sub-classes) of individuals that purchased
24 G6 and/or G7 devices or components, rely on similar factual allegations, and assert
25 various California and other state law consumer protection, warranty, and common

1 law claims.

2     6.    In sum, there is an overlap of the legal issues and factual allegations in this case and those in *Levens*, *Estravit*, and *Dalora*. Relation of this case to *Levens*, *Estravit*, and *Delora*, and reassignment to Judge Cheeks, will conserve judicial and party resources, avoid potential conflicting rulings regarding these similar or overlapping legal and factual questions, and avoid substantial duplication of labor if this case were to be heard by a different judge.

Dated:     December 12, 2025     Respectfully submitted,

*/s/ Renata Ortiz Bloom*
Renata Ortiz Bloom
GORDON REES SCULLY MANSUKHANI LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel: (619) 696-6700/Fax: (619) 696-7124
rbloom@grsm.com

**ATTORNEY FOR DEFENDANT DEXCOM, INC.**