# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE LEVENS and GISELL CORDOVA REGIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DEXCOM, INC.,<br><br>Defendant. | CASE NO. 3:25-CV-2565-BJC-JAC<br><br>**ORDER GRANTING MOTIONS FOR ORDER CONSOLIDATING RELATED ACTIONS; DENYING GRISOLI'S MOTION FOR APPOINTMENT OF INTERIM COUNSEL WITHOUT PREJUDICE; DENYING MOTION FOR STATUS CONFERENCE** |
| RAUL ESTRAVIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DEXCOM, INC.,<br><br>Defendant. | CASE NO. 25-CV-2845-BJC-JAC |

| | |
|---|---|
| TAYLOR DALORA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DEXCOM, INC.,<br><br>Defendant. | CASE NO. 25-CV-3210-BJC-JAC |
| KELLY GRISOLI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DEXCOM, INC.,<br><br>Defendant. | CASE NO. 25-CV-3488-BLC-JAC |
| FRED DICKINSON, et. al.,<br><br>Plaintiffs,<br>v.<br><br>DEXCOM, INC.,<br><br>Defendant. | CASE NO. 26-CV-0102-BLC-JAC |

**WHEREAS**, this matter comes before the Court on the Motion for Order Consolidating Related Actions and Settling Schedule on Motions for Appointment of Interim Counsel filed on behalf of Plaintiffs Caroline Levens, Gisell Cordova Regis, Raul Estravit, and Taylor Dalora (collectively, "*Levens* Plaintiffs") (ECF No. and Plaintiff Kelly Grisoli's Motion for Consolidation and Appointment of Interim Class Counsel;

**WHEREAS**, Federal Rule of Civil Procedure 42(a) permits consolidation where "actions before the court involve a common question of law or fact";

**WHEREAS**, the actions *Levens, et al. v. Dexcom, Inc.*, No. 25-cv-02565,

*Estravit v. Dexcom, Inc.*, No. 25-cv-02845, *Dalora v. Dexcom, Inc.*, 25-cv-3210, *Grisoli v. Dexcom, Inc.*,:25-cv-03488 and *Dickinson v. Dexcom, Inc.*, 26-cv-0102 present substantially similar factual and legal issues, concern the same products, propose overlapping proposed class definitions, advance similar claims, name the same defendant, and stems from the same underlying facts and circumstances;

**WHEREAS**, *Levens* Plaintiffs agree that these lawsuits involve common issues of law and fact, and consolidation will enable more efficient case management by the Court and avoid unnecessary costs and delays by avoiding duplicative discovery and motion practice in each case;

**WHEREAS**, no party opposes such consolidation;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The actions *Levens, et al. v. Dexcom, Inc.*, No. 25-cv-2565, *Estravit v. Dexcom, Inc.*, No. 25-cv-2845, *Dalora v. Dexcom, Inc.*, 25-cv-3210, *Grisoli v. Dexcom, Inc.*, 25-cv-3488, and *Dickinson v. Dexcom, Inc.*, 26-cv-0102 are hereby consolidated for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings.

2. Every pleading hereinafter filed in the Consolidated Action shall have the following caption:

| | |
|---|---|
| IN RE DEXCOM CGM LITIGATION | CASE NO. 25-CV-02565 |

3. Any subsequently filed, removed, or transferred actions brought on behalf of plaintiffs that are related to the claims in this action shall be consolidated under the caption *In re Dexcom CGM Litigation*.

4. Because all plaintiffs will have the opportunity to move for interim counsel following the consolidation pursuant to this order, Plaintiff Grisoli's pending motion to appoint interim class counsel is DENIED without prejudice.

5. Any application for the appointment of interim class counsel pursuant to Federal Rule of Civil Procedure 23(g) shall be filed two (2) weeks after the entry

of this Order.

6. Plaintiffs shall file a Consolidated Amended Complaint no later than thirty (30) days after the entry of any Order appointing interim class counsel pursuant to Federal Rule of Civil Procedure 23(g).

7. Defendant Dexcom, Inc. shall answer, move, or otherwise respond to the Consolidated Amended Complaint no later than thirty (30) days after the filing of a Consolidated Amended Complaint.

8. This Order shall apply to each such related action, absent order of the Court.

9. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel.

10. This Order applies to all actions included in the above-captioned consolidated matters and all subsequently consolidated actions.

11. Counsel must serve a copy of this Order promptly by overnight delivery service, electronic mail, facsimile, or other expeditious electronic means on counsel for Plaintiffs in each related action not yet consolidated in this proceeding, to the extent that Counsel is aware of any such action(s), and on all attorneys for Plaintiffs whose cases have been consolidated but who have not yet registered for ECF.

12. Levens Plaintiff motion for a status conference is DENIED.

Dated: May 15, 2026

HONORABLE BENJAMIN J. CHEEKS
United States District Judge